**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ROBERT RUBIN**      ) | **CASE NO.:** |
|    Plaintiff         ) | **3:10-CV-01883-JCH** |
|                    ) | |
| **v.**            ) | |
|                    ) | |
| **MIDLAND CREDIT MANAGEMENT, INC.;** ) | |
| **MIDLAND FUNDING LLC; and ENCORE**  ) | |
| **CAPITAL GROUP, INC., formerly known** ) | |
| **as MCM CAPITAL GROUP, INC.,**   ) | |
|    Defendant        ) | |
| _____) | **FEBRUARY 24, 2011** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A(i), the plaintiff, Robert Rubin, through his attorney, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**PLAINTIFF, ROBERT RUBIN**

By: /s/ Daniel S. Blinn
    Daniel S. Blinn, ct02188
    Matthew W. Graeber, ct27545
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax. (860) 571-7457

## **CERTIFICATION**

I hereby certify that on this 24th day of February, 2011, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn